JERROLD ABELES, SBN 138464
ARENT FOX LLP
445 S. Figueroa Street, Suite 3750
Los Angeles, CA 90071
Telephone:  213.629.7400
Facsimile:  213.629.7401
E-mail:  abeles.jerry@arentfox.com

MICHAEL A. GROW
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
Telephone:  202.857.6000
Facsimile:  202.857.6395
E-mail:  grow.michael@arentfox.com

Attorneys for Plaintiff
COVERALL NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVERALL NORTH AMERICA, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>v.<br><br>MASSICOTTE INDUSTRIES, INC. dba California Cleaning Concepts, a California Corporation, and JAMES MASSICOTTE, an individual,<br><br>            Defendants. | Case No.  1:07-cv-01272-AWI-DLB<br><br>**CONSENT JUDGMENT** |

The parties having entered into an agreement resolving this dispute, and having jointly moved for entry of this Consent Judgment terminating this proceeding, and for good cause shown, it is hereby

ORDERED, ADJUDGED, and DECREED that:

1. This Court has jurisdiction over the subject matter of this action under § 39 of the Trademark Act, 15 U.S.C. § 1121, and under 28 U.S.C. §§ 1331, 1332, 1338, and 1367.
2. Plaintiff Coverall North America, Inc. is a corporation organized and existing under the laws of the State of Delaware with a business address at 5201 Congress Avenue, Boca Raton, Florida 33487.
3. Defendant Massicotte Industries, Inc. is a corporation organized and existing under the laws of the State of California, with a business address at 635 Barstow Avenue, Clovis, California 93612.
4. Defendant James Massicotte is a citizen of the United States who is a principal of Defendants Massicotte Industries and California Cleaning Concepts and who has an address at 635 Barstow Avenue, Clovis, California 93612.
5. Plaintiff is the owner of all right, title, and interest in and to the trademark COVERALL CLEANING CONCEPTS for cleaning and janitorial services.
6. Defendants have used the name and mark CALIFORNIA CLEANING CONCEPTS in connection with cleaning and janitorial services.
7. Pursuant to 15 U.S.C. § 1167, the laws of the State of California, and the common law, Defendants and each of their officers, agents, servants, employees, and all others acting on behalf, in privity, or in concert with Defendants, are permanently enjoined from using, registering, or applying to register the name and mark CALIFORNIA CLEANING CONCEPTS, or any other name consisting of or containing the phrase "Cleaning Concepts," or any other name or mark likely to be confused with, or likely to cause dilution of, Plaintiff's mark COVERALL CLEANING CONCEPTS. Defendants shall have 90 days from the date on which the parties executed the agreement to use up existing materials bearing the mark CALIFORNIA CLEANING CONCEPTS and to begin using new materials with a new mark that conforms to the terms of this judgment.
8. Within 90 days from the date on which the parties executed the Agreement, Defendants shall modify or destroy any and all materials in their possession or control including or displaying the name and mark CALIFORNIA CLEANING CONCEPTS, including without limitation any and all signs, uniforms, business forms and cards, stationery, Internet content, advertisements and informational / promotional literature.
9. Defendants shall be jointly and severally liable for a penalty of $1,000 (One Thousand Dollars) per day, payable to CNA, for each day following the 90th day after execution of this Agreement that Massicotte continues to use the name and/or mark CALIFORNIA CLEANING CONCEPTS.

10. Each party shall bear the costs and attorneys' fees it incurred in connection with this matter without recourse to any other party.
11. The Court hereby retains jurisdiction over this matter for purposes of enforcing the agreement between the parties.

Agreed to by:

_____
Jerrold Abeles
Michael A. Grow
ARENT FOX LLP
Attorneys for COVERALL NORTH AMERICA, INC.

-and-

_____
Darryl J. Horowitt
COLEMAN & HOROWITT, LLP
Attorneys for MASSICOTTE INDUSTRIES, INC. and
MR. JAMES MASSICOTTE

**ORDER**

IT IS SO ORDERED.

Dated:   **February 1, 2008**          **/s/ Anthony W. Ishii**
                                       UNITED STATES DISTRICT JUDGE